No. 25-5251
_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

In re GUN OWNERS OF AMERICA, INC., *et al.*,

Petitioners.

_____

On Petition for a Writ of Mandamus to the United States
District Court for the District of Columbia

_____

**MOTION TO VOLUNTARILY DISMISS PETITION**

_____

Under Federal Rule of Appellate Procedure 42(b), Petitioners Gun Owners of America, Inc. and Gun Owners Foundation hereby move to voluntarily dismiss their Petition for Writ of Mandamus, docketed at D.C. Circuit No. 25-5251. Counsel for Respondent stated that it does not oppose this motion.

Respectfully submitted,

*/s/ Stephen D. Stamboulieh*

| | |
|---|---|
| Robert J. Olson | Stephen D. Stamboulieh |
| WILLIAM J. OLSON, P.C. | STAMBOULIEH LAW, PLLC |
| 370 Maple Avenue West, Ste. 4 | P.O. Box 428 |
| Vienna, VA 22180 | Olive Branch, MS 38654 |
| T: (703) 356-5070 | T: (601) 852-3440 |
| rob@wjopc.com | stephen@sdslaw.us |

Dated: July 31, 2025

1

## CERTIFICATE OF COMPLIANCE

I hereby certify that:

1. This Motion complies with the type-volume limitation of Fed. R. App. P. 27(d) because this Motion contains 47 words, excluding parts exempted by Fed. R. App. P. 32(f).

2. This Motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this Motion has been prepared in a proportionately spaced typeface using Microsoft Word in 14-point Times New Roman font.

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh

## CERTIFICATE OF SERVICE

I hereby certify that, on July 31, 2025, the foregoing document was filed with this Court's CM/ECF system, which generated a Notice of Electronic Filing and delivered a copy to all counsel of record.

　　　　　　　　　　　　　　　　　　*/s/ Stephen D. Stamboulieh*
　　　　　　　　　　　　　　　　　　Stephen D. Stamboulieh